ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| TM EXPRESS, LLC | § | CASE 23-42338-11 |
| | § | |
| DEBTOR | § | |

EMERGENCY MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TM Express, LLC, Debtor in the above styled and numbered cause, and files this its Emergency Motion to Dismiss ("Motion"), and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed this Chapter 11 proceeding on August 7, 2023.

2. The filing was made by mistake.

3. The Debtor entity did not intend to file the Chapter 11, there was a mis-communication between staff members at Debtor's counsel's office and the wrong case was filed.

4. Debtor does not intend to be in a bankruptcy proceeding and requests this

proceeding be dismissed.

WHEREFORE, PREMISES CONSIDERED, TM Express, LLC respectfully requests this case be dismissed, and for such other and further relief in law or in equity to which the debtor may show itself justly entitled.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins_____
    ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors on this the 8th day of August 2023.

__/s/ Eric Liepins_____
Eric A. Liepins