

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 11, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| TM EXPRESS, INC | § § | CASE 23-42338-11 |
| DEBTOR | § | |

ORDER ON MOTION TO DISMISS

CAME ON to be considered this day the Motion of Debtor TM Express, Inc, to Dismiss ("Motion"). The Court having reviewed the Motion and having heard argument of counsel is of the opinion the Motion is well founded and should be Granted. it is accordingly,

ORDERED, ADJUDGED AND DECREED the above case is dismissed. It is further,

ORDERED, ADJUDGED AND DECREED the Court shall retain jurisdiction for 21 days from the entry of this Order over any additional pleading the United States Trustee may file in this matter.

### End of Order ###